UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CHANEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIVIAN GUYE,<br><br>　　　　　Defendant. | Case No.  23-cv-01546-JD<br><br>**ORDER RE REPORT AND RECOMMENDATION** |

This is an unlawful detainer action filed by plaintiff Renee Chaney against defendant Vivian Guye.  Dkt. No. 1, Ex. A.  Guye, who is acting pro se, removed the case from state court and filed an application to proceed *in forma pauperis* (IFP).  Dkt. Nos. 1, 3.  Magistrate Judge Susan van Keulen filed a report and recommendation to deny the IFP application without prejudice because it contains conflicting information about Guye's gross and net pay, and to remand the case to state court because the notice of removal does not establish federal subject matter jurisdiction.  Dkt. No. 4.  Guye did not object to the report, and the time to file objections has closed.  Fed. R. Civ. P. 72(b).

The Court agrees that there is no federal subject matter jurisdiction over this unlawful detainer action, and consequently adopts the report and recommendation to remand.  The IFP application is denied as moot, and the case is remanded to the Superior Court of Monterey County.

**IT IS SO ORDERED.**

Dated: May 10, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge